```
LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALASTAIR FRASER,<br>LORETTA M. FRASER,<br><br>         Plaintiffs,<br><br>    v.<br><br>PERRY LEE WILLMORE,<br>GAENEY MARIE WILLMORE, UNITED<br>STATES OF AMERICA AND DOES 1<br>through 100, inclusive,<br><br>         Defendants. | Case No. 1:09-cv-0805-OWW-GSA<br><br>**STIPULATION AND ORDER CONCERNING UNITED STATES OF AMERICA'S INTEREST IN LAWSUIT AND FOR REMAND** |

Plaintiffs, Alastair Fraser and Loretta Fraser and United States of America ("United States"), hereby stipulate, subject to the approval of the Court as provided for hereon, as follows:

1.   Plaintiffs commenced this lawsuit, seeking reformation of certain Deeds of Trust, in the Superior Court of California, County of Fresno.  The United States, sued here under 28 U.S.C. § 2410, removed the case to this Court as Case No. 1:09-CV-0805 OWW GSA.

2.   On February 18, 2009, the United States filed *United States v. Real Property located at 14883 Johnson Drive, Orosi, California*, 1:09-CV-00307-OWW GSA, a civil forfeiture action against real property located at 14883 Johnson Drive, Orosi, California, Tulare County, APNs: 035-260-007-000 and 035-260-010-000 (Parcel 2) and APN: 035-260-012 (Parcel 3) ("the real property"), which is also the subject of this action.  The United States recorded a Lis Pendens as to each parcel with the Fresno County Recorder's Office on February 24, 2009.

3.   The United States takes the position (with or without the other parties' concurrence) that, the real property was used, or intended to be used, to commit or to facilitate the commission of, a violation of 21 U.S.C. § 841 *et. seq.,* an offense punishable by more than one year's imprisonment and is therefore subject to forfeiture to the United States pursuant to 21 U.S.C. §881 (a)(7).

4.   Pursuant to 18 U.S.C. § 853(d), an "innocent owner's" interest in property shall not be forfeited under any civil forfeiture statute.  The intent of Congress, as reflected in applicable innocent ownership provisions (18 U.S.C. § 853(d)), is to pay valid perfected liens and mortgages against forfeited property.

5.   To the extent Alastair Fraser and Loretta Fraser ("Fraser") are "innocent owner's" of the real property as defined by statute, the United States does not assert priority over their interest and agrees that Fraser may file a Claim and Answer in *United States v. Real Property located at 14883 Johnson Drive, Orosi, California*, 1:09-CV-00307-OWW GSA within 20 days of notice

by the United States of the necessity to do so.  Moreover, it is expressly agreed that through this Stipulation, Fraser has not waived and will not be deprived of any rights Fraser has or claims against the subject real property.

      6.   *Fraser v. Willmore, et.al.,* Case No. 1:09-CV-0805 OWW GSA, Tulare County Superior Court Case No. 09-231694 shall be REMANDED to the Superior Court of California, County of Tulare as Case No. 09-231694.

      7.   Defendant United States shall not be required to participate further in this action except by order of the Court. Papers in this action should not be served upon defendant United States or its counsel except as provided below.

      8.   Except as provided herein or order of the Court, Fraser shall not be required to participate further in *United States v. Real Property located at 14883 Johnson Drive, Orosi, California*, 1:09-CV-00307-OWW GSA.  Papers in this action should be served upon Fraser or their counsel.

      9.   The Court's Clerk, or, if the Court does not mail it, Plaintiffs' counsel, shall mail to the United States Attorney's Office a copy of any final order or judgment that decides or resolves any property interests or lien priorities in the Property.

      10.   This stipulation may be signed in counterparts.

STIPULATION AND ORDER CONCERNING UNITED STATES OF AMERICA'S
INTEREST IN LAWSUIT AND FOR REMAND

```
                              Respectfully submitted,

Dated: August 7, 2009         LAWRENCE G. BROWN
                              United States Attorney


                              By:   /s /Deanna L. Martinez
                                  DEANNA L. MARTINEZ
                                  Assistant U.S. Attorney
                                  Attorneys for Defendant
                                  United States of America




                              HOUK & HORNBURG, LLP



Dated: August 7, 2009          /s/ Thoms E. Hornburg
                              THOMAS E. HORNBURG
                              Attorneys for Plaintiffs
                              (Original signature retained by
                              attorney)
```

IT IS SO ORDERED.

**Dated:   August 7, 2009**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE